JON M. SANDS
Federal Public Defender
SARAH K. ERLINDER #027741
Assistant Federal Public Defender
123 N. San Francisco Street, Suite 204
Flagstaff, AZ 86001
Telephone: (928) 213-1942
Fax: (928) 213-1946
Sarah_Erlinder@fd.org
*Attorneys for Defendant Powers*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Philip Alejandro Powers III,<br><br>    Defendant. | No. 21-04310-MJ-001-PCT-CDB<br><br>**Notice of Appeal to District Judge from Judgment Entered by Magistrate Judge** |

Notice is hereby given that Philip Alejandro Powers III, defendant in the above-named case, pursuant to Federal Rule of Criminal Procedure 58(g)(2)(B) appeals to a United States District Judge from the Judgment entered by the United States Magistrate Judge Camille D. Bibles on February 14, 2023 (Dkt. #38).

Respectfully submitted:   February 17, 2023.

JON M. SANDS
Federal Public Defender

 *s/ Sarah K. Erlinder*
SARAH K. ERLINDER
Assistant Federal Public Defender
*Attorney for Defendant Powers*

1 | Copy of the foregoing transmitted
2 | by CM/ECF for filing and served on February 17, 2023, to:

Honorable Camille D. Bibles
United States Magistrate Court
123 N. San Francisco Street, Suite 200
Flagstaff, AZ 86001

Paul V. Stearns
Assistant United States Attorney
123 N. San Francisco Street, Suite 410
Flagstaff, AZ 86001

Copy mailed to:
Philip Alejandro Powers III, Defendant

 _s/ A.R._