JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

DANIEL L. KAPLAN, State Bar #021158
Assistant Federal Public Defender
Attorney for Defendant
dan_kaplan@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-23-08027-PCT-MTL |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| Philip Alejandro Powers III, | |
| Defendant. | |

      Daniel L. Kaplan, Assistant Federal Public Defender, hereby gives Notice of Appearance on behalf of defendant Philip Alejandro Powers III for representation in CR-23-08027-PCT-MTL in all proceedings before this Honorable Court.

      Respectfully submitted:  February 21, 2023.

JON M. SANDS
Federal Public Defender

 s/ *Daniel L. Kaplan*
DANIEL L. KAPLAN
Assistant Federal Public Defender